**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Jason D. Trace and Keri L. Trace
    Debtor(s)

CHAPTER 13

BKY. NO. 14-10025

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

 Kindly enter my appearance on behalf of JPMorgan Chase Bank, N.A., as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 7467

    Respectfully submitted,

    **/s/ James C. Warmbrodt, Esquire**
    James C. Warmbrodt, Esquire
    jwarmbrodt@kmllawgroup.com
    Attorney I.D. No. 42524
    KML Law Group, P.C.
    701 Market Street, Suite 5000
    Philadelphia, PA 19106
    Phone: 215-825-6306
    Fax: 215-825-6406
    Attorney for Movant/Applicant