Form 300b

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Jason D. Trace** | : | Case No. 14−10025−TPA |
| **Keri L. Trace** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 107 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 6/21/17 at 12:00 PM |
| *Respondent(s).* | : | |
| | : | |

**ORDER SCHEDULING DATE FOR RESPONSE**
**AND HEARING ON MOTION**

    *AND NOW,* this **24th day of April, 2017**, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 107 , by the Chapter 13 Trustee

    It is hereby **ORDERED, ADJUDGED and DECREED** that:

    (1)  **On or before June 8, 2017**, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

    (2)  This *Motion* is scheduled for hearing on **June 21, 2017 at 12:00 PM** in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*.

    (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 14-10025-TPA
Jason D. Trace                                                          Chapter 13
Keri L. Trace
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: jmar              Page 1 of 2            Date Rcvd: Apr 24, 2017
                              Form ID: 300b           Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 26, 2017.
db/jdb         +Jason D. Trace,    Keri L. Trace,    2278 MIlltowne Way,    Lake Mary, FL 32746-4984
13777382       +Capital One Bank,    Attn: Bankruptcy Dept.,    Po Box 30285,    Salt Lake City, UT 84130-0285
13856065        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13777383       +Chase,    Po Box 24696,    Columbus, OH 43224-0696
13777384       +Comenity Bank / Peebles,    Attention: Bankruptcy,    Po Box 182686,    Columbus, OH 43218-2686
13874343       +JPMorgan Chase Bank, N.A.,    Chase Records Center,    Attn: Correspondence Mail,
                 Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
14055245        M&T BANK,    PO BOX 1508,    BUFFALO, NY 14240-1508
13793630       +M&T Bank,    PO Box 1508,    Buffalo, New York 14240-1508
13777390        M&t Credit Services LLC,    1100 Worley Drive,    Consumer Asset Management,    2nd Floor,
                 Williamsville, NY 14221
13777391       +Mantis / Cbsd,    Po Box 6497,    Sioux Falls, SD 57117-6497
13777393       +Sears / Cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
13777395        Verizon,    500 Technology Drive #550,    Saint Charles, MO  63304-2225
13777396       +Victoria's Secret,    Attention: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/Text: camanagement@mtb.com Apr 25 2017 02:03:45      M&T Bank,    1100 Wehrle Drive,
                 Williamsville, NY  14221
13829140       +E-mail/Text: bncmail@w-legal.com Apr 25 2017 02:04:49      ALTAIR OH XIII, LLC,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13777380       +E-mail/Text: ally@ebn.phinsolutions.com Apr 25 2017 02:03:17      Ally Financial,
                 Attn: Bankruptcy,    Po Box 130424,    Roseville, MN 55113-0004
13827302        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 25 2017 02:11:00
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
13777385       +E-mail/Text: kthomas@eriefcu.org Apr 25 2017 02:03:50      Erie Federal Credit Union,
                 1109 East 38th Street,    Erie, PA 16504-1845
13777386       +E-mail/PDF: gecsedi@recoverycorp.com Apr 25 2017 02:00:25      GE Capital Retail Bank / Amazon,
                 Attn: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
13777387       +E-mail/PDF: gecsedi@recoverycorp.com Apr 25 2017 01:59:24      GE Capital Retail Bank / Lowes,
                 Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
13777388       +E-mail/PDF: gecsedi@recoverycorp.com Apr 25 2017 02:00:25      GE Capital Retail Bank / Old Navy,
                 Attention: GEMB,    Po Box 103104,    Roswell, GA 30076-9104
13777389       +E-mail/Text: bnckohlsnotices@becket-lee.com Apr 25 2017 02:03:31      Kohls / Capone,
                 Po Box 3115,    Milwaukee, WI 53201-3115
13871808        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 25 2017 01:59:53
                 LVNV Funding, LLC its successors and assigns as,     assignee of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13777392       +E-mail/Text: ahefner@onefcu.com Apr 25 2017 02:06:12      Meadville Area Federal Credit Union,
                 300 Arch Street,    Meadville, PA 16335-3217
13865607        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 25 2017 02:16:26
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13811371        E-mail/Text: bnc-quantum@quantum3group.com Apr 25 2017 02:03:58
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
13808392        E-mail/Text: bnc-quantum@quantum3group.com Apr 25 2017 02:03:58
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
13873624        E-mail/PDF: cbp@onemainfinancial.com Apr 25 2017 02:00:20      SPRINGLEAF FINANCIAL SERVICES,
                 PO BOX 971,    EVANSVILLE, IN 47706
13777394        E-mail/PDF: cbp@onemainfinancial.com Apr 25 2017 02:00:20      Springleaf Financial Services,
                 18947 Park Avenue,    Meadville, PA 16335
13874164        E-mail/PDF: gecsedi@recoverycorp.com Apr 25 2017 01:59:24      Synchrony Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
13777397       +E-mail/Text: bnc-bluestem@quantum3group.com Apr 25 2017 02:05:36      Webbank / Fingerhut,
                 6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
13777398       +E-mail/Text: collections@widgetfinancial.com Apr 25 2017 02:04:32      Widget Financial,
                 2154 East Lake Road,    Erie, PA 16511-1140
                                                                                                TOTAL: 19

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              JPMORGAN CHASE BANK, N.A.
13777381       ##+Capital One,    Po Box 5253,    Carol Stream, IL 60197-5253
                                                                                   TOTALS: 1, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-1          User: jmar                 Page 2 of 2                   Date Rcvd: Apr 24, 2017
                              Form ID: 300b              Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 24, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Christopher J. Davis    on behalf of Creditor    M&T Bank cjd@sgkpc.com,   pms@sgkpc.com
              Daniel P. Foster    on behalf of Debtor Jason D. Trace dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Joint Debtor Keri L. Trace dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Douglas Smillie    on behalf of Creditor    M&T Bank dsmillie@flblaw.com,   ccharlton@flblaw.com
              James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8
```