2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 14-10025-TPA
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Jason D. Trace<br>2278 MIlltowne Way<br>Lake Mary FL 32746 | Keri L. Trace<br>2278 Milltowne Way<br>Lake Mary FL 32746 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/17/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 17: Synchrony Bank, c/o Recovery Management Systems Corp, 25 SE 2nd Ave Suite 1120, Miami FL 33131-1605 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  05/19/17                                             Michael R. Rhodes
                                                            **CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                   Case No. 14-10025-TPA
Jason D. Trace                                                           Chapter 13
Keri L. Trace
    Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: gamr           Page 1 of 1           Date Rcvd: May 17, 2017
                           Form ID: trc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 19, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13874164        E-mail/PDF: gecsedi@recoverycorp.com May 18 2017 01:03:17      Synchrony Bank,
      c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
                                                                                                                              TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 17, 2017 at the address(es) listed below:
      Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. agornall@goldbecklaw.com,
       bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
      Christopher J. Davis    on behalf of Creditor    M&T Bank cjd@sgkpc.com, pms@sgkpc.com
      Daniel P. Foster    on behalf of Debtor Jason D. Trace dan@mrdebtbuster.com,
       clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
      Daniel P. Foster    on behalf of Joint Debtor Keri L. Trace dan@mrdebtbuster.com,
       clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
      Douglas Smillie    on behalf of Creditor    M&T Bank dsmillie@flblaw.com, ccharlton@flblaw.com
      James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                          TOTAL: 8