| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Jason D. Trace** <br> First Name   Middle Name   Last Name | Social Security number or ITIN  **xxx−xx−9288** <br> EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Keri L. Trace** <br> First Name   Middle Name   Last Name | Social Security number or ITIN  **xxx−xx−7175** <br> EIN  _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number:  **14−10025−TPA** | | |

# Order of Discharge                                                                                           12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jason D. Trace                                          Keri L. Trace

<u>6/9/17</u>                                               **By the court:**     <u>Thomas P. Agresti</u>
                                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

  ♦ debts that are domestic support obligations;

  ♦ debts for most student loans;

  ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 14-10025-TPA
Jason D. Trace                                                          Chapter 13
Keri L. Trace
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1           User: lfin                   Page 1 of 2              Date Rcvd: Jun 09, 2017
                               Form ID: 3180W               Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 11, 2017.
db/jdb         +Jason D. Trace,   Keri L. Trace,    2278 MIlltowne Way,    Lake Mary, FL 32746-4984
13777383       +Chase,   Po Box 24696,    Columbus, OH 43224-0696
13874343       +JPMorgan Chase Bank, N.A.,     Chase Records Center,    Attn: Correspondence Mail,
                 Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
14055245        M&T BANK,   PO BOX 1508,    BUFFALO, NY 14240-1508
13793630       +M&T Bank,   PO Box 1508,    Buffalo, New York 14240-1508
13777390        M&t Credit Services LLC,     1100 Worley Drive,    Consumer Asset Management,    2nd Floor,
                 Williamsville, NY 14221
13777391       +Mantis / Cbsd,    Po Box 6497,    Sioux Falls, SD 57117-6497

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 10 2017 00:50:37     Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
cr              E-mail/Text: camanagement@mtb.com Jun 10 2017 00:50:25     M&T Bank,   1100 Wehrle Drive,
                 Williamsville, NY  14221
cr             +EDI: PRA.COM Jun 10 2017 00:38:00      PRA Receivables Management LLC,    POB 41067,
                 Norfolk, VA 23541-1067
13829140       +E-mail/Text: bncmail@w-legal.com Jun 10 2017 00:50:45     ALTAIR OH XIII, LLC,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13777380       +EDI: GMACFS.COM Jun 10 2017 00:38:00      Ally Financial,   Attn: Bankruptcy,   Po Box 130424,
                 Roseville, MN 55113-0004
13827302        EDI: AIS.COM Jun 10 2017 00:38:00      American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,    Oklahoma City, OK  73124-8838
13777381       +EDI: CAPITALONE.COM Jun 10 2017 00:38:00      Capital One,   Po Box 5253,
                 Carol Stream, IL 60197-5253
13777382       +EDI: CAPITALONE.COM Jun 10 2017 00:38:00      Capital One Bank,   Attn: Bankruptcy Dept.,
                 Po Box 30285,    Salt Lake City, UT 84130-0285
13856065        EDI: BL-BECKET.COM Jun 10 2017 00:38:00      Capital One, N.A.,   c o Becket and Lee LLP,
                 POB 3001,    Malvern, PA 19355-0701
13777384       +EDI: WFNNB.COM Jun 10 2017 00:38:00      Comenity Bank / Peebles,    Attention: Bankruptcy,
                 Po Box 182686,    Columbus, OH 43218-2686
13777385       +E-mail/Text: kthomas@eriefcu.org Jun 10 2017 00:50:25     Erie Federal Credit Union,
                 1109 East 38th Street,    Erie, PA 16504-1845
13777386       +EDI: RMSC.COM Jun 10 2017 00:38:00      GE Capital Retail Bank / Amazon,    Attn: Bankruptcy,
                 Po Box 103104,    Roswell, GA 30076-9104
13777387       +EDI: RMSC.COM Jun 10 2017 00:38:00      GE Capital Retail Bank / Lowes,
                 Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
13777388       +EDI: RMSC.COM Jun 10 2017 00:38:00      GE Capital Retail Bank / Old Navy,    Attention: GEMB,
                 Po Box 103104,    Roswell, GA 30076-9104
13777389       +EDI: CBSKOHLS.COM Jun 10 2017 00:38:00      Kohls / Capone,   Po Box 3115,
                 Milwaukee, WI 53201-3115
13871808        EDI: RESURGENT.COM Jun 10 2017 00:38:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of Citibank, N.A.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
13777392       +E-mail/Text: ahefner@onefcu.com Jun 10 2017 00:51:11     Meadville Area Federal Credit Union,
                 300 Arch Street,    Meadville, PA 16335-3217
13865607        EDI: PRA.COM Jun 10 2017 00:38:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
14520193        EDI: PRA.COM Jun 10 2017 00:38:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk, VA 23541
13811371        EDI: Q3G.COM Jun 10 2017 00:38:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,    Kirkland, WA  98083-0788
13808392        EDI: Q3G.COM Jun 10 2017 00:38:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA  98083-0788
13777394        EDI: AGFINANCE.COM Jun 10 2017 00:38:00      Springleaf Financial Services,    18947 Park Avenue,
                 Meadville, PA 16335
13873624        EDI: AGFINANCE.COM Jun 10 2017 00:38:00      SPRINGLEAF FINANCIAL SERVICES,    PO BOX 971,
                 EVANSVILLE, IN 47706
13777393       +EDI: SEARS.COM Jun 10 2017 00:38:00      Sears / Cbna,   Po Box 6282,
                 Sioux Falls, SD 57117-6282
13874164        EDI: RMSC.COM Jun 10 2017 00:38:00      Synchrony Bank,   c/o Recovery Management Systems Corp,
                 25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
13777395        EDI: VERIZONEAST.COM Jun 10 2017 00:38:00      Verizon,   500 Technology Drive #550,
                 Saint Charles, MO  63304-2225
13777396       +EDI: WFNNB.COM Jun 10 2017 00:38:00      Victoria's Secret,   Attention: Bankruptcy,
                 Po Box 182125,    Columbus, OH 43218-2125
13777397       +EDI: BLUESTEM Jun 10 2017 00:38:00      Webbank / Fingerhut,   6250 Ridgewood Road,
                 Saint Cloud, MN 56303-0820
13777398       +E-mail/Text: collections@widgetfinancial.com Jun 10 2017 00:50:41     Widget Financial,
                 2154 East Lake Road,    Erie, PA 16511-1140
                                                                                              TOTAL: 29

```
District/off: 0315-1           User: lfin                   Page 2 of 2                   Date Rcvd: Jun 09, 2017
                               Form ID: 3180W               Total Noticed: 36

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              JPMORGAN CHASE BANK, N.A.
                                                                                           TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 9, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Christopher J. Davis    on behalf of Creditor    M&T Bank cjd@sgkpc.com,   pms@sgkpc.com
              Daniel P. Foster    on behalf of Debtor Jason D. Trace dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Joint Debtor Keri L. Trace dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Douglas Smillie    on behalf of Creditor    M&T Bank dsmillie@flblaw.com,   ccharlton@flblaw.com
              James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8
```